■ CONRAD S. FLEARY, Respondent, v. HENRY LANDAU, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 940.]

■ JOSEPHINE GALLO, an Infant, by JOHN GALLO, Her Guardian ad Litem, et al., Respondents, v. SURF & POOL CORP., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 762.]

■ SALVATORE GIORLANDO, Appellant, v. STUYVESANT TOWN CORPORATION, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 701.]

■ In the Matter of HARRY C. BRENNER, as District Attorney of the County of Suffolk, Respondent. GREAT COVE REALTY CO., INC., et al., Appellants; REALTY ASSOCIATES, INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 749.]

■ In the Matter of RALPH J. CIMINERA, Appellant, against HENRY A. SAHM et al., Constituting the Town Board of North Hempstead, County of Nassau, et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 749.]

■ In the Matter of the Final Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Executor of WILLIAM K. VANDERBILT, Deceased, Respondent. In the Matter of the Probate of the Will of WILLIAM K. VANDERBILT, Deceased, and to Postpone the Final Accounting of the GUARANTY TRUST COMPANY OF NEW YORK. DORA BLOWERS et al., Appellants; LLOYD P. DODGE, as County Attorney of Suffolk County, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See ante, p. 685.]

■ JACOB KASTEN, Appellant, v. COATING CORPORATION OF AMERICA, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ LAWRENCE KURZROK, Respondent, v. TRI-BORO COMBUSTION CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

17 SAMUEL R. LAPAN, Doing Business as SHELDON CONSTRUCTION, Respondent, v. ANGELO J. AIMETTI et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ ARTHUR J. LEE, INC., Respondent, v. C. J. FLANAGAN CONSTRUCTION CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.